# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>130 Gross Neck Road<br>Waldoboro Maine | )<br>)<br>) Case No. 2:19-mj-278-JHR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maine_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of FBI Task Force Officer Joshua Borges

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to Affidavit of FBI Task Force Officer Joshua Borges

**YOU ARE COMMANDED** to execute this warrant on or before _____September 17, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____John H. Rich III_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __9/3/19 at 3:40 pm__          _____*Judge's signature*_____

City and state:   Portland, Maine          John H. Rich III, United States Magistrate Judge
                                                         *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-mj-278-JHR | 09/04/2019  0930 am | Troy Glidden |

Inventory made in the presence of:
FBI SA Nathan Jacobs

Inventory of the property taken and name of any person(s) seized:

Clear thumb drive

Samsung Galaxy S8, IMEI 35848309004077

Gateway laptop, serial NXY1UAA003222120D21601

Cricket flip phone, IMEI 014896001262737

NetGear brand internet router, serial 2J143A76A835D

Black iPad, serial DMPJD3TLDFHW

White iPad, serial DQMJJYRRDKPH

Blue iPod, serial CCQQF5TVGGNJ

Samsung Verizon SCH-1200PP phone, IMEI A00000456D85C9

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/06/2019

*Executing officer's signature*

Joshua Borges   FBI Task Force Officer
*Printed name and title*